UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:04-0486 |
| v. | ) JUDGE ECHOLS |
| | ) |
| LLOYDS TSB BANK plc, | ) |
| | ) |
| Defendant. | ) |

### ORDER

In accordance with the Mandate of the United States Court of Appeals for the Sixth Circuit issued July 10, 2008, following the Sixth Circuit's opinion in <u>Harris v. Lloyds TSP Bank, PLC</u>, No. 07-5661, filed on June 18, 2008, this case is hereby DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE